UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                    No. 3:19-CR-30002-003

DANIEL PEREZ-LEBRON                                                         DEFENDANT

## **ORDER**

As ordered from the bench in the sentencing hearing conducted this same day, the Court ADOPTS the report and recommendation (Doc. 60) entered in this case and accepts Daniel Perez-Lebron's plea of guilty to Count 1 of the indictment.

IT IS SO ORDERED this 16th day of December, 2019.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE